# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| POSH KC, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20-CV-00675 |
| THE CINCINNATI INSURANCE COMPANY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to a Dismissal Without Prejudice of the above captioned action, each party to bear its own costs.

Dated: November 9, 2020

Respectfully submitted by:

WAGSTAFF & CARTMELL LLP

*/s/ Thomas A. Rottinghaus*
Thomas A. Rottinghaus   MO # 50106
Tyler W. Hudson   MO # 53585
Jack T. Hyde   MO # 63903
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 (telephone)
(816) 531-2372 (facsimile)
thudson@wcllp.com
trottinghaus@wcllp.com
jhyde@wcllp.com

BOULWARE LAW LLC

1

/s/ *Brandon J.B. Boulware*
Brandon J.B. Boulware     MO # 54150
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tele:    (816) 492-2826
Fax:     (816) 492-2826
brandon@boulware-law.com

VOTAVA NANTZ & JOHNSON, LLC

BY: */s/ Todd Johnson*
TODD JOHNSON     MO #48824
9237 Ward Parkway, Suite 240
Kansas City, MO 64114
Tele:    (816) 895-8800
Fax:     (816) 895-8801
tjohnson@vnjlaw.com
*Attorneys for Plaintiff*


WALLACE SAUNDERS

BY: /s/ *Michael L. Brown*
Michael L. Brown     KS# 21313
Kelvin J. Fisher     KS#22014
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 FAX - (913) 888-1065
mbrown@wallacesaunders.com
kfisher@wallacesaunders.com

         AND

LITCHFIELD CAVO LLP
Daniel Litchfield     PHV
Ericka Hammett     PHV
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6669 FAX (312) 781-6630
litchfield@litchfieldcavo.com
hammett@litchfieldcavo.com
  *Attorneys for Defendant*

2